IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **MICHEL RICHARD,** : | |
| : | |
| **Petitioner,** : | |
| : | |
| v.  : | **CIVIL ACTION NO. 09-00158-CG-B** |
| : | |
| **TOMMY BUFORD, et al.,** : | |
| : | |
| **Respondents.** : | |

## **JUDGMENT**

It is **ORDERED**, **ADJUDGED**, and **DECREED** that this petition be and is hereby dismissed as moot.

**DONE and ORDERED** this 29th day of May 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE